UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN AIKEN,

    Plaintiff,

v.                                    Case No. 3:15cv140/MCR/CJK

MARTIN J. BIDWELL, KIRKLAND,
and HOWELL W. MELTON,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 7, 2015.  (Doc. 4).  The Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

    3.    The clerk is directed to close the file.

    **DONE AND ORDERED** this 18th day of May, 2015.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**